IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00893-WYD

KIMBERLY MATHIS,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

## ORDER

Daniel, J.

     THIS MATTER is before the Court upon review of the file.  The **October 15, 2015** deadline for filing an optional Reply Brief having passed in this social security appeal, briefing is deemed complete and the case is ready for reassignment to a merits judge under this Court's local rules.  Accordingly, the clerk of the court shall reassign this matter to a judicial officer for a decision on the merits pursuant to D.C.COLO.LCivR 40.1.

     Dated:  October 21, 2015

                             BY THE COURT:

                             */s/ Wiley Y. Daniel*
                             WILEY Y. DANIEL,
                             SENIOR UNITED STATES DISTRICT JUDGE